**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**
Attorney for Plaintiffs
Alex J. Levin (ARDC No. 6324238)
Wilson Elser Moskowitz Edelman & Dicker LLP
55 W. Monroe Street, Suite 3800
Chicago, Illinois 60603-5001
Tel. (312) 704-0550
Fax (312) 704-1522
alex.levin@wilsonelser.com

*Counsel for Plaintiffs*
*Those Certain Underwriters at Lloyd's London who Subscribe to Certificate No. IRPI-GL-21-421*

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, WHO SUBSCRIBE TO CERTIFICATE NO. IRPI-GL-21-421,<br><br>*Plaintiffs*<br><br>v.<br><br>SFV LOGISTICS, LLC; MARUICHI LEAVITT PIPE & TUBE, LLC; MICHAEL A. BARTKUS; PARADIGM TRANSPORTATION MANAGEMENT GROUP, LLC,<br><br>*Defendants* | UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS<br><br>CIVIL ACTION<br><br>CASE No. 23-CV-2278 |

### STIPULATION TO BE BOUND AND DISMISSAL OF DEFENDANT MARUICHI LEAVITT PIPE & TUBE, LLC

The undersigned counsel for the parties hereby agree and stipulate that Defendant Maruichi Leavitt Pipe & Tube, LLC, its respective officers, agents, insurers, assigns, and any other person and/or entity on behalf of and/or as subrogee of Maruichi Leavitt Pipe & Tube, LLC (collectively "Maruichi"), agrees to be bound by the Order and Declaration concerning coverage to be entered at the conclusion of this instant case. Maruichi is making no claim of coverage, and is precluded from making a future claim of coverage, pursuant to Certificate No. IRPI-GL-21-421. Further, Underwriters will send formal notice to Maruichi of this Honorable Court's Order and Declaration concerning coverage.

295050706v.2

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant Maruichi Leavitt Pipe & Tube, LLC, in the above-captioned matter, through their respective undersigned counsel, that the said cause of action may be dismissed as to Defendant Maruichi Leavitt Pipe & Tube, LLC.

| | |
|---|---|
| **JOHNSON & BELL** | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP** |
| By: */s/ David A. Warnick*<br>    David A. Warnick, Esq.<br>    Counsel for Defendant | By: */s/ Alex J. Levin*<br>    Alex J. Levin, Esq.<br>    Counsel for Plaintiffs |
| Date: August 12, 2024 | Date: August 12, 2024 |

IT IS HEREBY ORDERED Defendant Maruichi Leavitt Pipe & Tube, LLC, its respective officers, agents, insurers, assigns, and any other person and/or entity on behalf of and/or as subrogee of Maruichi Leavitt Pipe & Tube, LLC (collectively "Maruichi") will be bound by the Order and Declaration concerning Coverage which will be entered at the conclusion of this case.

**SO ORDERED:**

_____
, J.

295050706v.2