**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP**

Attorney for Plaintiffs
Krysten Kelly
Wilson Elser Moskowitz Edelman & Dicker LLP
55 W. Monroe Street, Suite 3800
Chicago, Illinois 60603-5001
Tel. (312) 704-0550
Fax (312) 704-1522
Krysten.kelly@wilsonelser.com

*Counsel for Plaintiffs*
*Those Certain Underwriters at Lloyd's London who Subscribe to Certificate No. IRPI-GL-21-421*

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, WHO SUBSCRIBE TO CERTIFICATE NO. IRPI-GL-21-421, <br><br> *Plaintiffs* <br><br> v. <br><br> SFV LOGISTICS, LLC; MARUICHI LEAVITT PIPE & TUBE, LLC; MICHAEL A. BARTKUS; PARADIGM TRANSPORTATION MANAGEMENT GROUP, LLC, <br><br> *Defendants* | UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS <br><br> CIVIL ACTION <br><br> CASE No. 23-CV-2278 |

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the undersigned counsel for the Parties who have appeared in this matter hereby agree and stipulate to the voluntary dismissal of this matter, including any and all pending claims in this matter, without prejudice, without costs to any party.

**[SIGNATURE PAGE TO FOLLOW]**

| | |
|---|---|
| **JOHNSON & BELL** | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP** |
| By: */s/ David Warnick*<br>David A. Warnick, Esq.<br>Counsel for Defendant;<br>Maruichi Leavitt<br>warnickd@jbltd.com | By: */s/   Michael J. O'Malley*<br>Michael J. O'Malley<br>Krysten Kelly<br>Counsel for Plaintiffs,<br>Underwriters<br>Michael.O'Malley@wilsonelser.com<br>Krysten.Kelly@wilsonelser.com |
| **THE LAW OFFICE OF CHRISTOPHER P. RYAN PC** | **MAATUKA AL-HEETI EMKES LLC** |
| By: */s/ David Warnick*<br>David A. Warnick, Esq.<br>Counsel for Defendant,<br>Michael. A Bartkus<br>warnickd@jbltd.com | By: */s/Shayla Maatuka*<br>Shayla L. Maatuka, Esq.<br>Counsel for Defendant,<br>SFV Logistics LLC<br>shayla@madelaw.net |

**SO ORDERED:**

_____